ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZERO1 INC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANTONY BLINKEN, Secretary of State, *et al.*, <br><br> Defendants. | C 5:23-cv-00339 AMO <br><br> **JOINT CASE MANAGEMENT STATEMENT AND STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER** |

    Plaintiffs filed this mandamus action seeking adjudication of their O-1 nonimmigrant visa application by the U.S. Department of State ("DOS"). Dkt No. 1. On January 24, 2023, the Court issued the Immigration Mandamus Order in this case. Dkt. No. 4. On April 3, 2023, the Court granted the parties' stipulation to extend time for the Defendants to respond to the Complaint. Dkt. No. 17. On May 11, 2023, this case was reassigned to the Honorable Araceli Martinez-Olguin for all further proceedings. Dkt. No. 19. The Court ordered the parties to submit a case management statement by May 31, 2023. *Id*.

    On March 23, 2023, the DOS's U.S. Embassy in Ottawa, Canada refused Mr. Sharma's O-1 visa application and returned the application to the U.S. Department of Homeland Security's U.S. Citizenship and Immigration Services ("USCIS") for reconsideration. The parties have conferred and

Plaintiffs request that the proceedings in this case be stayed while USCIS reconsiders the O-1 visa petition. Accordingly, the parties stipulate and respectfully request that the proceedings in this case be stayed until August 28, 2023, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. In accordance with Civil Local Rule 5(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: May 25, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: May 25, 2023

/s/ Curtis Lee Morrison
CURTIS LEE MORRISON
Attorney for Plaintiffs

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 30, 2023

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge